No. 80–1199.   AMERICAN TOBACCO CO. ET AL. *v.* PATTERSON ET AL.   C. A. 4th Cir.   [Certiorari granted, 452 U. S. 937.]   Motion of petitioners for divided argument granted.

No. 80–1925.   UNITED TRANSPORTATION UNION *v.* LONG ISLAND RAILROAD CO. ET AL.   C. A. 2d Cir.   [Certiorari granted, 452 U. S. 960.]   Motion of National Institute of Municipal Law Officers for leave to file a brief as *amicus curiae* granted.

No. 81–547.   DIAZ ET AL. *v.* BEYER ET UX.   Ct. Civ. App. Tex., 10th Sup. Jud. Dist.   Motion of petitioners to strike portions of respondents' brief in opposition denied.

No. 81–531.   IN RE PHONETELE, INC.   Petition for writ of mandamus denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 81–150.   NORTHERN PIPELINE CONSTRUCTION CO. *v.* MARATHON PIPE LINE CO. ET AL.; and
No. 81–546.   UNITED STATES *v.* MARATHON PIPE LINE CO. ET AL.   Appeals from D. C. Minn.   Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument.   Reported below: 12 B. R. 946.

No. 81–349.   CHICAGO BRIDGE & IRON CO. *v.* CATERPILLAR TRACTOR CO. ET AL.   Appeal from Sup. Ct. Ill.   Motion of Frank M. Keesling for leave to file a brief as *amicus curiae* granted.   Probable jurisdiction noted and case set for oral argument in tandem with No. 80–1745, *F. W. Woolworth Co. v. Taxation and Revenue Department of New Mexico* [probable jurisdiction noted, *ante*, p. 812], and No. 80–2015, *ASARCO Inc.* v. *Idaho State Tax Commission* [probable jurisdiction noted, *ante*, p. 812].   JUSTICE POWELL and JUSTICE O'CONNOR took no part in the consideration or decision of this motion and this case.